■ RICK J. ISAACS, Appellant, v NIAGARA MACHINE AND TOOL WORKS et al., Defendants, and SEARJEANT METAL PRODUCTS, INC., et al., Respondents. (And a Third-Party Action.)— Order unanimously affirmed without costs for reasons stated at Special Term, Cornelius J. (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—summary judgment.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.